UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re

        Riverair LLC

               Debtor(s).

Case No.04-17586
Chapter 11

-----------------------------------------------------------------X

**NOTICE OF CONVENTIONAL FILING IN ECF SYSTEM: TRANSCRIPT OF HEARING**

Transcript of hearing held on February 3, 2005

Re: Motion

The transcript of the above hearing has been filed with the Clerk's office,

        United States Bankruptcy Court
        Southern District of New York
        One Bowling Green
        New York, New York 10004-1408

and is available for viewing in Room 511 during regular court hours.

Copies of the transcript may be purchased from:

        TypeWrite Price, AD/T 550
        356 Eltingville Boulevard
        Staten Island, NY 10312
        (718) -966-1401